**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 550 MAL 2023

Respondent    :

:    Petition for Allowance of Appeal
:    from the Order of the Superior Court

v.    :

DAVID C. HOFMANN,    :

Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.